# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE CLAYTON,<br><br>        Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>        Defendant. | Case No.: 1:17-cv-00154 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 6 ) |

On April 11, 2017, the plaintiff filed a notice of settlement. (Doc. 6) Therefore, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed no later than June 9, 2017;

    2.    All pending dates, conferences and hearings are **VACATED** and the motion for summary judgment is **MOOT**.

**<u>The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

    Dated:   **April 12, 2017**                   **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE